IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION


MOHAMMED AL-BATAINEH and
REEM AL-BATAINEH                                                          PLAINTIFF

VS.                                        CIVIL ACTION NO.: 3:08CV635-HTW-LRA

AMERICAN CASUALTY COMPANY OF READING,
PENNSYLVANIA, et al.                                                     DEFENDANTS


## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS DAY this cause came on for hearing on the parties' motion *ore tenus* to dismiss the above-styled and numbered cause, and Court having heard and considered same, finds that the Plaintiffs have agreed to dismiss their case and each party has agreed to bear their own cost, and further finds that said motion is well taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the above-styled and numbered cause be, and the same is hereby dismissed with prejudice with each side bearing their on cost.

SO ORDERED AND ADJUDGED, this the 13th day of February, 2009.

                                        s/ HENRY T. WINGATE
                                        CHIEF UNITED STATES DISTRICT JUDGE


**PREPARED and PRESENTED BY:**


SS// Don H. Evans
DON H. EVANS, MSB # 5259
CHRISTIE EVANS OGDEN, MSB # 101887
HARRY M. McCUMBER, MSB # 10632
500 East Capitol Street, Suite 2
Jackson, Mississippi 39201
Phone: (601) 969-2006
Fax: (601) 353-3316

**AGREED TO BY:**


SS/ Benjamin Mullen
H. Benjamin Mullen, Esquire
John A. Banahan, Esquire
Bryan Nelson Schroeder Castigliola & Banahan, PLLC
Post Office Box 1529
Pascagoula, MS 39568-1529


Civil Action No. 3:08-cv-635 HTW-LRA
Agreed Order of Dismissal with Prejudice